**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Fernando CARRASCO, Petitioner**

**No. 731 MAL 2016**

Supreme Court of Pennsylvania.

March 13, 2017

## ORDER

PER CURIAM

AND NOW, this 13th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.